be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 95–754. MEDTRONIC, INC. *v.* LOHR ET VIR; and

No. 95–886. LOHR ET VIR *v.* MEDTRONIC, INC. C. A. 11th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Briefs of petitioners are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 1, 1996. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 29, 1996. Reply briefs, if any, are to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 95–809. LOCKHEED CORP. ET AL. *v.* SPINK. C. A. 9th Cir. Motions of Equal Employment Advisory Council, ERISA Industry Committee et al., and Chamber of Commerce of the United States of America for leave to file briefs as *amici curiae* granted. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 1, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 29, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 95–860. SMILEY *v.* CITIBANK (SOUTH DAKOTA), N. A. Sup. Ct. Cal. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 1, 1996. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 29, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.

No. 95–865. UNITED STATES *v.* WINSTAR CORP. ET AL. C. A. Fed. Cir. Certiorari granted. Brief of the Solicitor General is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 1, 1996. Briefs of respondents are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 29, 1996. A reply brief, if any, is to be filed pursuant to this Court's Rule 25.3. Rule 29.2 does not apply.